| PROB 22 (Rev. 01/24) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Transfer Court)* 4:09-CR-84-1D |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT EASTERN NORTH CAROLINA | DIVISION Eastern Division |
|---|---|---|
| Tony Ward | NAME OF SENTENCING JUDGE James C. Dever III | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 3/25/2022 | TO 3/24/2027 |

**OFFENSE**
Possession With Intent to Distribute a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1)
Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A)
Possession of a Firearm by a Felon, 18 U.S.C. § 922(g)(1) and 924.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Relocated to Georgia and to address violation of supervision

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this court to the United States District Court for the Northern District of Georgia upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of probation or supervised release may be changed by the district court to which this transfer is made without further inquiry of this court.*

| 12/16/24 | /s/ James C. Dever III |
|---|---|
| Date | James C. Dever III, U.S. District Judge |

* This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

   IT IS HERBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

| December 31, 2024 | /s/ |
|---|---|
| Effective Date | United States District Judge |